**Slip Op. 04-90**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | | |
|---|---|---|
| AG der DILLINGER HÜTTENWERKE, EKO STAHL GmbH, SALZGITTER AG STAHL und TECHNOLOGIE, STAHLWERKE BREMEN GmbH, and THYSSEN KRUPP STAHL AG, | : | |
| Plaintiffs, | : | |
| v. | : | **Before: RESTANI, Chief Judge** |
| UNITED STATES, | : | Court No. 00-00437 |
| Defendant, | : | |
| v. | : | |
| INTERNATIONAL STEEL GROUP, INC., and UNITED STATES STEEL LLC, | : | |
| Defendant-Intervenors. | : | |

**<u>JUDGMENT</u>**

Upon consideration of Plaintiffs' motion to dismiss, the Government's cross-motion to dismiss on the grounds of mootness, and all other pertinent papers and proceedings, it is hereby

ORDERED that Defendant's cross-motion is denied, because the prospective relief afforded pursuant to a changed circumstances review is less than the full relief Plaintiffs sought in initiating this action challenging Commerce's sunset determination. The remaining justiciable controversy has been resolved by the settlement agreement between Plaintiffs and Defendant-Intervenors, and therefore it is

ORDERED that Plaintiffs' motion is hereby granted; and it is further

ORDERED that this action is dismissed with prejudice; and it is further

ORDERED that the court shall retain jurisdiction over this action to enforce the terms of the settlement agreement between Plaintiffs and Defendant-Intervenors.

_/s/ Jane A. Restani_
Jane A. Restani
Chief Judge


Dated:  New York, New York

This 20th day of July, 2004.